# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| GEORGE PAPPAS, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>QUICKEN LOANS, LLC, a Michigan limited liability company,<br><br>　　　　　Defendant. | Case No. 2: 20-cv-12330-GAD-APP<br><br>Hon. Judge Gershwin A. Drain<br>　　U.S. District Judge<br><br>Hon. Anthony P. Patti<br>　　U.S. Magistrate Judge |

## ORDER OF DISMISSAL

Having reviewed Plaintiff George Pappas and Defendant Quicken Loans, LLC's Joint Stipulation of Dismissal with Prejudice as to all individual claims, putative class claims without prejudice, this Court finds that this matter should be dismissed. IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice as to Plaintiff's individual claims, without prejudice as to the putative class claims.

Dated: December 3, 2020

　　　　　　　　　　　　　　　　　　　s/Gershwin A. Drain_____
　　　　　　　　　　　　　　　　　　　United States District Judge